NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BAYER CROPSCIENCE AG AND BAYER S.A.S.,**
*Plaintiffs-Appellants,*

v.

**DOW AGROSCIENCES LLC,**
*Defendant-Appellee.*

---

2014-1032

---

Appeal from the United States District Court for the District of Delaware in No. 1:12-cv-00256-RMB-JS, Judge Renee Marie Bumb.

---

**ON MOTION**

---

**O R D E R**

Bayer CropScience AG moves to modify the official caption to add Bayer S.A.S. as a plaintiff-appellant.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) The revised official caption is reflected above.

2 BAYER CROPSCIENCE AG v. DOW AGROSCIENCES LLC

                                                              FOR THE COURT

                                                 <u>/s/ Daniel E. O'Toole</u>
                                                      Daniel E. O'Toole
                                                      Clerk

s26

Case: 14-1032 Document: 15 Page: 2 Filed: 11/18/2013

2 BAYER CROPSCIENCE AG v. DOW AGROSCIENCES LLC